AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U. S.

v.

Tri C. Doan

**APPEARANCE**

Case Number: 1:05M118A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant,

Tri C. Doan

I certify that I am admitted to practice in this court.

9-19-05

Date

Signature

Edward C. Roy, Jr.

Print Name

Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number