**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-118A** **DATE: September 19, 2005**

**TITLE: USA v. TRI DOAN**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Andy Reich, AUSA
Ed Roy, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Rule 5 Hearing/Identity Hearing:

Court informs deft of charges.
Court informs Deft of rights.
Deft understands rights.
Deft requests identity hearing.
Govt presents evidence in the form of witness testimony.
Exhibit 1 admitted full.
Govt Rests.
Deft Rests.
Argument.
Court finds the Deft to be the Deft named in the indictment.
Govt request detention.
No argument.
Deft remanded to custody to be removed to the EDPA.