RECEIVED

SEP 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner<br>V.<br>CHRISTOPHER D. REYNOLDS<br>Respondent | ) | CIVIL ACTION No. Misc. 05-89S |

## ENFORCEMENT ORDER AND JUDGMENT

This matter was heard by the Court on September 21, 2005, pursuant to the Court's Order to Show Cause. At the hearing, Counsel for Petitioner and the respondent, Christopher D. Reynolds, advised the Court that Respondent had provided his 1040 return for the calendar year 2002, and had agreed to provide his 1040 return for the calendar year 2003 on or before October 1, 2005. It is hereby ordered that Petitioner file his 1040 tax return for calendar year 2003 by delivering the original return to Revenue Officer Shawn Skene, or such other representative as the Internal Revenue Service may designate, on or before October 1, 2005, at the Office of the Internal Revenue Service, 380 Westminster Street, Providence, RI 02903.

SO ORDERED this 26th day of Sept., 2005 in Providence, Rhode Island.

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE