IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA )
)
vs. ) Misc. No. 1:05M118A
)
TRI C. DOAN )
)

**ORDER OF REMOVAL**

This matter came before the Court on September 19, 2005, for purposes of a hearing pursuant to Rule 5 Federal Rules of Criminal Procedure. The defendant was appointed counsel for the hearing, during which the government produced a Warrant for Arrest issued from the Eastern District of Pennsylvania on September 14, 2005, against TRI C. DOAN, in Case No. CR.04-767-18. After considering the evidence presented at the hearing, the Court finds that the defendant is the same person named in that Warrant for Arrest.

WHEREFORE, it is hereby ORDERED that defendant TRI C. DOAN be removed to the Eastern District of Pennsylvania for whatever further proceedings deemed appropriate by that Court. Defendant shall be detained pending his return to the Eastern District of Pennsylvania.

BY ORDER:

CLERK

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge

DATE: 9/26/05